IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARNETT CARTER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT OF SCI-CHESTER,** | : | |
| **THE ATTORNEY GENERAL OF THE** | : | |
| **STATE OF _____, and THE DISTRICT** | : | |
| **ATTORNEY OF PHILADELPHIA COUNTY** | : | **NO. 19-449** |

## ORDER

**NOW**, this 8th day of October, 2025, upon consideration of the petition for writ of habeas corpus, Respondents' answer, Petitioner's status report, and after a review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Doc. No. 38), it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for writ of habeas corpus having been withdrawn, the petition is **DISMISSED AS MOOT**.

3. There is no basis for the issuance of a certificate of appealability.

                                                                                                    <ins>/s/ Timothy J. Savage</ins>
                                                                                                     TIMOTHY J. SAVAGE, J.